UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA VANESSA AVALOS,<br>Plaintiff,<br>v.<br>NISSAN NORTH AMERICA, INC.; AND DOES 1 THROUGH 10, INCLUSIVE,<br>Defendants. | Case No. 2:25-cv-04900-SSC<br><br>AMENDED JUDGMENT |

Pursuant to the Order of Dismissal filed concurrently herewith, **IT IS ADJUDGED** that:

1. The entire action, including all claims and counterclaims stated herein against all parties, is dismissed with prejudice; and
2. The Clerk of Court is directed to close this case.

DATED: July 23, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE